UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHAEL GULINO and
CHRISTOPHER FERRY,
individually and on behalf of others
similarly situated,

                Plaintiffs,

-against-

SYMBOL TECHNOLOGIES, INC.,

                Defendant.
-----------------------------------------------------------X

JUDGMENT
06-CV-2810 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 29 2008 ★
BROOKLYN OFFICE

      An Amended Order of Honorable John Gleeson, United States District Judge, having been filed on October 28, 2008, approving the Settlement; and ordering that judgment be entered in accord with the Final Order Approving Settlement and Attorneys' Fees and Costs entered on October 24, 2008; and ordering that attorneys' fees and costs in the amount of $80,000.00 be awarded to Class Counsel; and directing the attorneys' fees and costs be sent to Class Counsel within thirty (30) calendar days of the date of this Court's Order, provided that no appeal is filed; it is

      ORDERED and ADJUDGED that the Settlement is approved; that judgment is hereby entered in accord with the Final Order Approving Settlement and Attorneys' Fees and Costs entered on October 24, 2008; that attorneys' fees and costs in the amount of $80,000.00 are awarded to Class Counsel; and that the attorneys' fees and costs shall be sent to Class Counsel within thirty (30) calendar days of the date of this Court's Order, provided that no appeal is filed.

Dated: Brooklyn, New York
       October 28, 2008

                                      s/Robert C. Heinemann
                                      ROBERT C. HEINEMANN
                                      Clerk of Court